AFFIDAVIT

**FILED**
MAY 25 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

21 MC- 014 JED

STATE OF ARKANSAS )
                  )
County of Coulmbia)

COMES NOW James Gary Franklin of C/O Posr Office Box 1186, Magnolia, Arkansas being first duly sworn, under oath, and states that the following information is within personal knowledge.

It has recently come to my understanding that the following named officials may qualify under 18 U.S.C. §2382. Misprision of treason.

Ms. Carrie Tatum, Pawnee County Oklahoma Treasurer,
Ms. Melissa Waters, Pawnee County Oklahoma Assessor,
Mr. Dale Carter, Pawnee County Oklahoma Commissioner, District 3, Pawnee County Oklahoma Board of Taxroll Corrections, Chairman,
Mr. Robert Ellis, Pawnee County Oklahoma Board of Taxroll Corrections, Vice Chairman,
Ms. Kristie Moles, Pawnee County Oklahoma County Clerk.
Mr. Darrin Varnell  Pawnee County Oklahoma County Sheriff:
Mr. Kelby Dickson (from poor legible signature) Deputy, Pawnee County Oklahoma Sheriff's Department

I hereby state that the information above is true, to the best of my knowledge. I also confirm that the information here is both accurate and complete, and relevant information has not been omitted.

Signature _James Gary Franklin_
Date _May 20, 2020_
State of _ARKANSAS_
County of _Columbia_

Subscribed and sworn to before me on this 20th day of May, 2021

[Notary's Seal]
MERRY JAN RADER
NOTARY PUBLIC-STATE OF ARKANSAS
COLUMBIA COUNTY
My Commission Expires 02-01-2024
Commission # 12397465

_Merry Jan Rader_
Signature of Notary

5-24-2021

James Gary Franklin
C/O Post Office Box 1186
Magnolia, Arkansas

Phone 870-904-4823

I Believe that 18 USC 2382 May apply also
This affidavit May apply

James Gary Franklin